UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY


FILED
AUG 22 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:19-00213
    21 U.S.C. § 844(a)

DACQUAN GREGORY

## INFORMATION

The United States Attorney Charges:

On or about January 13, 2019, at the Federal Correctional Institution at Beckley, at or near Beaver, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant DACQUAN GREGORY did knowingly and intentionally possess a quantity of buprenorphine, a Schedule III controlled substance contained within the medication "Suboxone," and such substance was not obtained directly, or pursuant to a valid prescription or order, from a practitioner while acting in the course of his professional practice, and such possession was not otherwise authorized by law.

In violation of Title 21, United States Code, Section 844(a).

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: /s/ John L. File
JOHN L. FILE
Assistant United States Attorney

Filed: AUGUST 22, 2019